UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTOS MARTINEZ PALACIOS,<br><br>Defendant. | Case: 1:26-cr-20421<br>Judge: White, Robert J.<br>MJ: Morris, Patricia T.<br>Filed: 07-08-2026<br><br>Violations:<br>8 U.S.C. § 1326(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Reentry of Removed Alien**
**8 U.S.C. § 1326(a)**

On or about April 15, 2026, at or near the town of Gaylord, in the Eastern District of Michigan, defendant, SANTOS MARTINEZ PALACIOS, an alien, was found in the United States after having been deported and removed from the United States at or near Laredo, Texas, on or about June 24, 2024, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Dated: July 8, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/William Orr*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/Anthony P. Vance*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Case: 1:26-cr-20421 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | Judge: White, Robert J.<br>MJ: Morris, Patricia T.<br>Filed: 07-08-2026 |
| ☐ **Yes**          x **No** | |

**Case Title:** USA v. Santos Martinez Palacios

**County where offense occurred:** Otsego

**Check One:  X Felony      __ Misdemeanor  __ Petty**

____X____Indictment/____Information ---  **no** prior complaint.

_____Indictment/____Information ---  based upon prior complaint []

_____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   July 8, 2026

s/William Orr
_____
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.